1 | BANK OF AMERICA
2 | ATTN.: LEVY PROCESSING DEPARTMENT
 | 16640 VENTURA BLVD.
3 | ENCINO, CA 91436

4

5 | Garnishee

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    ) CASE NO. A99-03652

12 |        Plaintiff,         )

13 | v.                      ) ANSWER OF GARNISHEE

14 | VICTORIA MORA AKA VICTORIA )
 | ESTRADA AKA VICTORIA M. )
15 | ESTRADA

16 |       Defendant.     )

17 | _____ )

18 |    Name of Garnishee: _Bank of America_

19 |    Address of Garnishee: _P.C. Box 54660_

20 |    _Los Angeles, CA 90004_

21 |    Declarant states:

22 |    1.  My name is _Eleanor Harris_ And my address

23 | and       telephone number are _add same above /Tel #213-241-586_.

24 |    2.  I am authorized to make this declaration on behalf of the Garnishee regarding

25 |      the Writ of Continuing Garnishment **(Bank Levy)** served on Garnishee on

26 | (Date)_July 18, 2007_.

27 |    3.  Choose from the following:

28 |    (a)  Garnishee is owned by:

12

1   ____(1) An individual whose name is _____, and

2   whose address and telephone number are _____

3   _____.

4   ____(2) A general partnership whose name is_____ and

5   whose principal place of business and telephone number are _____

6   _____. The names of the partners

7   are_____.

8   ____(3) A limited partnership registered in the State of _____.

9   The name of the limited partnership is _____.

10  The principal place of business and telephone number of the limited

11  partnership are_____

12  _____. The names of the general partners

13  are:_____.

14  ____(4) A limited liability company organized under the laws of the State of

15  _____. The principal place of business and

16  telephone number of the company are_____

17  _____.

18  _✓_(5) A corporation organized under the laws of the State of *California*

19  The principal place of business and telephone number of the corporation are

20  *P.C. Box 546664 Los Angeles, CA 90064 /Tel# 800-283-4262*

21  4. Choose all appropriate from the following:

22  _✓_(a) The garnishee does not have possession, custody, or control of

23  property in which VICTORIA MORA AKA VICTORIA ESTRADA AKA

24  VICTORIA M. ESTRADA has an interest.

25  ____(b) The Garnishee has possession, custody, or control of property

26  in which VICTORIA MORA AKA VICTORIA ESTRADA AKA

27  VICTORIA M. ESTRADA has a nonexempt interest. A description of

28  the property, the judgment debtor's interest, and the value of the interest are

as following:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property. |
|---|---|---|
| (1)_____ | _____ | _____ |
| (2)_____ | _____ | _____ |
| (3)_____ | _____ | _____ |
| (4)_____ | _____ | _____ |

___(c) The Garnishee anticipates having future possession, custody, or control of property in which  VICTORIA MORA AKA VICTORIA ESTRADA AKA VICTORIA M. ESTRADA   has a  nonexempt interest .  A description of that property, the judgment debtor's  interest, and the  value of the interest are as follows:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| (1)_____ | _____ | _____ |
| Estimated date of possession:_____ | | |
| (2)_____ | _____ | _____ |
| Estimated date of possession:_____ | | |
| (3)_____ | _____ | _____ |
| Estimated date of possession:_____ | | |
| (4)_____ | _____ | _____ |
| Estimated date of possession:_____ | | |

5.   Is debtor subject to an existing garnishment or levy?

Yes   No

☐    ☒

14

1    If yes, give the name, address and telephone number of that creditor and the

2 creditor's attorney:_____

3 _____

4 _____

5    As to that garnishment, or levy, what is the outstanding amount due and owing?

6    Balance due $_____ *n/a*_____ .

7     **6. If Garnishee is unable to determine the identity of the debtor after**

8 **making a good faith effort to do so, the following is a statement of Garnishee's**

9 **efforts made and the reasons for such inability:**

10 *Unable to locate any account or properties under the banks custody*

11     7. The Garnishee was served with the Writ of Continuing Garnishment **(Bank**

12 **Levy)** on _____ *July 13. 2007* _____ .

13     8. On (date)___ *July 23, 2007* The Garnishee mailed a copy of this Answer by

14 first-class mail to (1) judgment debtor   VICTORIA   MORA   AKA   VICTORIA

15 ESTRADA AKA VICTORIA M. ESTRADA

16 and to (2) the attorney for the United States of America, VALERIA BARINOVA,

17 Goldsmith & Hull, A Professional Corporation 16000 Ventura Blvd,, Suite 900, Encino,

18 CA 91436.

19

20    I have read this Answer. I declare under penalty of perjury under the laws of the

21 United States of America that the statements in this Answer are true and correct.

22    Signed this_____ *23rd* _____ day of _____ *July* _____, 2007.

23

24                                Signature of Declarant

25

26                                Printed Name of Declarant

27                                Title of Declarant

28